United States Courts
Southern District of Texas
F I L E D

**JUN 1 8 2019**

David J. Bradley, Clerk of Court

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. **19 CR 459** |
| | § | |
| SAMANTHA RAY SANDERS | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking)

From on or about August 18, 2018, through August 22, 2018, in the Southern District of Texas, the defendants,

**SAMANTHA RAY SANDERS,**

did knowingly, benefit financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Minor Victim 1 knowing and in reckless disregard of the fact that Minor Victim 1, whom defendant had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex act;

**In violation of Title 18, United States Code, Section 1591(a), (c).**

1

## COUNT TWO
**(Sex Trafficking)**

From on or about August 18, 2018, through August 22, 2018, in the Southern District of Texas, the defendants,

**SAMANTHA RAY SANDERS,**

did knowingly, benefit financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Minor Victim 2 knowing and in reckless disregard of the fact that Minor Victim 2, whom defendant had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex act;

**In violation of Title 18, United States Code, Section 1591(a), (c).**

## COUNT THREE

From on or about August 18, 2018, through August 22, 2018, in the Southern District of

Texas, the defendants,

### SAMANTHA RAY SANDERS,

did knowingly, benefit financially and by receiving anything of value from participation in a venture

which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining,

advertising, patronizing and soliciting by any means Minor Victim 3 knowing and in reckless

disregard of the fact that Minor Victim 3, whom defendant had a reasonable opportunity to observe,

had not attained the age of 18 years and would be caused to engage in a commercial sex act;

**In violation of Title 18, United States Code, Section 1591(a), (c).**

A True Bill:


Grand Jury Foreperson


RYAN K. PATRICK
United States Attorney

By: _____
Lisa Collins
Assistant United States Attorney
713-567-9000

3